UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| CALVIN DELACY<br>    Plaintiff, | ) JURY TRIAL DEMANDED<br>)<br>) |
| v. | ) Case No.<br>) |
| IQ DATA INTERNATIONAL, INC.<br>    Defendant. | )<br>)<br>)<br>)<br>) |

## COMPLAINT

### I.   INTRODUCTION

1. This is an action for actual and statutory damages brought by Plaintiff, Calvin Delacy, an individual consumer, against Defendant IQ Data International, Inc. (hereinafter "Defendant"), for violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

### II.   JURISDICTION AND VENUE

2. Jurisdiction of this court arises under 15 U.S.C. § 1692k(d) and 28 U.S.C. 1331. Venue in this District is proper in that the Defendant transacts business in Tampa, Florida, and the conduct complained of occurred in Tampa, Florida.

### III.   PARTIES

1

3. Plaintiff, Calvin Delacy (hereinafter "Plaintiff") is a natural person residing in Tampa, Florida. Plaintiff is a consumer as defined by the Fair Debt Collection Practices Act, 15 U.S.C. §1692a(3).

4. Upon information and belief, Defendant is a Washington corporation.

5. Defendant is engaged in the collection of debt from consumers using the mail and telephone. Defendant regularly attempts to collect consumer debts alleged to be due to another.

## IV. FACTS OF THE COMPLAINT

6. Defendant is a "debt collector" as defined by the FDCPA, 15 U.S.C. 1692a(6).

7. Plaintiff is alleged to owe a "debt" as defined by the FDCPA, 15 U.S.C. 1692a(5), and the alleged debt at issue arose from a transaction entered into primarily for personal use.

8. On or about May 20, 2025, Plaintiff mailed a letter to Defendant informing them that he no longer disputes the debt and requested Defendant to remove the dispute notations from Plaintiff's credit report.

9. On May 28, 2025, Plaintiff received notification from USPS that his letter was delivered.

10. On June 28, 2025, Plaintiff reviewed his TransUnion credit report, which showed Defendant had last updated the collection item on June 28, 2025, and failed or refused to remove the dispute notation from the collection item, in violation of the FDCPA.

11. Plaintiff has suffered actual damages as a result of the unlawful debt collection communications by Defendant in the form of anxiety, loss of sleep, frustration, reputational harm, among other negative emotions, as well as damage to FICO scores.

## V. FIRST CLAIM FOR RELIEF
### (Defendant)
### 15 U.S.C. 1692e

12. Plaintiff re-alleges and reincorporates all previous paragraphs as if fully set out herein.

13. Defendant violated the FDCPA.

14. Defendant's violations include, but are not limited to, the following:

    a) Defendant violated 15 U.S.C. § 1692e(2) by falsely representing the character, amount, or legal status of any debt by continuing to report the collection item as disputed after being informed of the inaccuracy.

    b) Defendant violated 15 U.S.C. § 1692e (8) by reporting credit information that is known to be false, including failure to communicate to the CRAs that the debt is not disputed after Plaintiff informed Defendant he no longer disputes.

15. As a result of the violation, Defendant is liable to Plaintiff for actual damages, statutory damages, attorney's fees, and costs.

## VI.   JURY DEMAND AND PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully demands a jury trial and requests that judgment be entered in favor of Plaintiff and against Defendant for:

A. Judgment for the violations occurred for violating the FDCPA;

B. Actual damages pursuant to 15 U.S.C. 1692k(a)(1);

C. Statutory damages pursuant to 15 U.S.C. 1692k(a)(2);

D. Costs and reasonable attorney's fees pursuant to 15 U.S.C. 1692k(a)(3);

E. For such other and further relief as the Court may deem just and proper.

           Respectfully submitted,

           **The Law Office of Cortney E. Walters, PLLC**
           2719 Hollywood Blvd., Suite A-1969
           Hollywood, FL 33020
           /s/ Cortney Walters, Esq
           CORTNEY WALTERS, Esq.
           Florida Bar No. 125159
           pleadings@cewlawoffice.com
           (954) 874-8022
           Lead Attorney